# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lisa A Shingle**<br>　　　　　　　　Debtor | **CHAPTER 13** |
| **Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For The FLIC Residential Mortgage Loan Trust 1**<br>　　　　　　　　Movant | **NO.** 23-12410 AMC |
| vs. | |
| **Lisa A Shingle**<br>　　　　　　　　Respondents | |
| **Kenneth E. West**<br>　　　　　　　　Trustee | |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For The FLIC Residential Mortgage Loan Trust 1, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge