# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lisa A Shingle**<br>　　　　　　　　　　**Debtor**<br><br>**Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For The FLIC Residential Mortgage Loan Trust 1**<br>　　　　　　　　　　**Movant**<br>　　　　vs.<br><br>**Lisa A Shingle**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-12410 AMC |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 25, 2023**.

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Joseph L. Quinn, Esq.
Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101 (VIA ECF)
Pottstown, PA 19464

Lisa A Shingle
277 Killian Road
Honey Brook, PA 19344


Date: October 25, 2023

　　　　　　　　　　By: /s/Denise Carlon
　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　Attorney for Movant/Applicant