**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lisa A Shingle                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12410 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely As Owner Trustee For The FLIC Residential Mortgage Loan Trust 1 and index same on the master mailing list.

                                                               Respectfully submitted,

/s/ *Mark A. Cronin*
Mark Cronin
24 Oct 2023, 17:14:09, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322