**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Lisa A Shingle, | : | Chapter 13 |
| Debtor | : | Case No.: 23-12410-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 17, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on January 17, 2024:*

David Unger, Jud Sale Coord.
Chester County Tax Claim Bureau
313 West Market Street
West Chester PA 19380

All other creditors on the mailing matrix not otherwise notified by ECF

*Via Electronic Filing (ECF) on January 17, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Wilmington Savings Fund Society. FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1
bkgroup@kmllawgroup.com

Mark A. Cronin, Esquire on behalf of Wilmington Savings Fund Society. FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Date: January 17, 2024    Counsel for Debtor