United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12410-amc |
| Lisa A Shingle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa A Shingle, 277 Killian Road, Honey Brook, PA 19344-9636 |
| 14806482 | + | Alan Shingle, 277 Killian Road, Honey Brook, PA 19344-9636 |
| 14806483 | + | Brandywine Valley Infectious Diseases, 213 Reeceville Road, Suite 27, Coatesville, PA 19320-1538 |
| 14806486 | | Elverson Honey Brook Area EMS, 2506 Belmont Ave, Reading, PA 19609-1535 |
| 14806489 | + | Glenmoore Veterinary, 175 Exchange Street-Suite 225, Bangor, ME 04401-7605 |
| 14806490 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14806493 | | Tower Health, PO Box 16052, Reading, PA 19612-6052 |
| 14806495 | + | West Nantmeal Township, 455 N. Manor Road, PO Box 234, Elverson, PA 19520-0234 |
| 14825462 | + | Wilmington Savings Fund Society, FSB, as trustee, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14823027 | | Wilmington Savings Fund Society. FSB et al, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:13:07 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | May 17 2024 00:12:00 | Wilmington Savings Fund Society. FSB, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14806484 | | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2024 00:20:00 | CCSC, Payment Processing Center, PO Box 55156, Boston, MA 02205-5156 |
| 14806485 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 17 2024 00:20:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14806487 | | Email/Text: ECF@fayservicing.com | May 17 2024 00:12:00 | Fay Servicing, 1601 LBJ Freeway, Suite 150, Dallas, TX 75234 |
| 14806488 | | Email/Text: ECF@fayservicing.com | May 17 2024 00:12:00 | Fay Servicing, LLC, PO Box 88009, Chicago, IL 60680-1009 |
| 14823300 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 01:40:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14808520 | | Email/Text: BankruptcyECFMail@mccalla.com | May 17 2024 00:12:00 | Wilmington Savings Fund Society, c/o McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076 |

| | | | | |
|---|---|---|---|---|
| 14806491 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 17 2024 00:11:00 | Medical Revenue Service, 645 Walnut Street, Suite 5, Gadsden, AL 35901-4173 |
| 14806492 | ^ | MEBN | May 17 2024 00:06:11 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14821626 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:13:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14806494 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2024 00:11:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society. FSB  not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Lisa A Shingle CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| LISA A SHINGLE | Bankruptcy No. 23-12410-AMC |
| Debtor | |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: May 16, 2024

_____
Honorable Ashely M. Chan
Bankruptcy Judge